O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA FISHER, an individual,<br><br>                Plaintiff,<br><br>   v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY, a corporation,<br><br>                Defendant.<br>_____ | Case No. CV 08-04585 DDP (PLAx)<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED FOR LACK OF SUBJECT-MATTER JURISDICTION** |

    The Court is not convinced that the amount in controversy of this claim exceeds $75,000 as required for diversity jurisdiction. See 28 U.S.C. § 1332(a).  As such, the Court orders the parties to show cause why this action should not be remanded to Superior Court for the County of Los Angeles for lack of subject-matter jurisdiction.  The Court orders the parties to file cross-briefs, not to exceed ten pages, on or before September 15, 2008, to show cause why this action should not be remanded for failure to establish federal jurisdiction.  The parties should also deliver a

courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles.  If a party does not file a brief, the Court will regard that party as not opposing remand of this matter.  A hearing on this matter is set for Monday, October 6, 2008, at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 29, 2008

_____
DEAN D. PREGERSON
United States District Judge

2